IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| MARTIN CONROY, et al., | * |
| Plaintiffs, | * |
| v. | Case No. 4:18CV33-CDL |
| | * |
| PAUL S. AMOS, II, et al, | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated August 31, 2018, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiffs shall recover nothing of Defendants.

This 4th day of September, 2018.

David W. Bunt, Clerk

s/ Terrie L. Potts, Deputy Clerk